

## NUMBERS 13-14-00651-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE STATE FARM LLOYDS

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam[1]

Relator, State Farm Lloyds ("State Farm"), filed a petition for writ of mandamus in the above cause through which it contends that the MDL pretrial court abused its discretion by ordering the production of discovery in native or near-native formats rather than "reasonably usable" formats.[2] By order previously issued in this cause, this Court granted temporary relief and requested that the real parties in interest, the MDL plaintiffs,

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] This cause arises from MDL Nos. 13-0123, 13-0130, & 13-0418 in the 206th District Court of Hidalgo County, Texas, the Honorable Rose Guerra Reyna presiding.

file a response to the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a),(b). Such response has been duly filed.

The Court, having examined and fully considered the petition for writ of mandamus, the response, and the applicable law, is of the opinion that the petition for writ of mandamus should be denied for the reasons expressed in our opinion in *In re State Farm Lloyds,* No. 13-14-00616-CV, 2015 WL _____ (Tex. App.—Corpus Christi Oct. 28, 2015, orig. proceeding) (mem. op), issued this same date. Accordingly, the Court LIFTS the stay previously imposed by this Court and DENIES the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(d).

PER CURIAM

Delivered and filed the
28th day of October, 2015.